UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| THOMAS J. SHAMPINE, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:20-CV-380-CEA-HBG |
| | ) | |
| US FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to Amend [Doc. 26]. Pursuant to Federal Rule of Civil Procedure 15, Plaintiff seeks leave to amend the Complaint to set forth his additional claims and supporting facts under the Tennessee Human Rights Act. Plaintiff filed his proposed Amended Complain [Doc. 25] in accordance with Local Rule 15.1.

The Court finds that no party has responded in opposition to the Motion, and the time for doing so has expired. *See* E.D. Tenn. L.R. 7.2 ("Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought."). In addition, the Court finds that Plaintiff's Motion is supported by good cause, *see* Fed. R. Civ. P. 15, and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1. Finally, the Court finds Plaintiff's Motion timely pursuant to the Scheduling Order in this case. *See* [Doc. 22 at 2] (stating that the deadline to amend pleadings is December 7, 2021). Accordingly, Plaintiff's Motion to Amend [**Doc. 26**] is **GRANTED**. Given that Plaintiff has already filed his Amended Complaint [Doc. 25] in CM/ECF, the Court will deem

it to be filed, for purposes of responding, upon entry of the instant Order.

      **IT IS SO ORDERED**.

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge